# CORAN OBER P.C.

STEVEN BEARD
ASSOCIATE ATTORNEY
SBEARD@CORANOBER.COM

October 16, 2018

**VIA ECF**

Honorable Robert W. Sweet
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 18C
New York, NY 10007

> Re: **Appearance on Motion to Compel Scheduled for 10/17/2018 at 12:00 PM**
> ***Shelton v. Sethna, et al.*, United States District Court for the Southern District of New York, Civil Action No. 10-CIV-4218 (TPG)**

Dear Judge Sweet:

Please be advised that this office represents Plaintiff Richard Shelton in the above-referenced matter. I write to request that the Court contact me before it entertains any further application for an adjournment in this matter.

During every single court appearance on the Motion to Compel which is presently before this Court, the Defendant, both when he was pro-se and after he had obtained counsel, had submitted letter applications for an adjournment directly to your chambers without copying me on said letters and without providing me with any notice of said applications. This resulted in me only learning about the adjournments either while I was in transit to the Courthouse for an appearance or after I had already arrived at the Courthouse. This includes the most recent letter application dated September 17, 2017 by Samuel A. Benjamin, Esq.

Should the Court receive another application for an adjournment before the appearance scheduled for October 17, 2018, please let me know. I have not received any request for such an adjournment as of this time. I further respectfully request that the Court direct Defendant's counsel to provide with me with notice of any subsequent applications for an adjournment.

Very truly yours,

Steven Beard

cc: Samuel A. Benjamin, Esq., by ECF and First Class Mail

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X  Civil Action No. 10-CIV-4218 (TPG)

RICHARD L. SHELTON,

    -Against-

BURGIS D. SETHNA, Individually, and as an
Officer and Officer of Bank Card New York and
Bison Commercial Leasing Corp., BANK CARD
NEW YORK, and BISON COMMERCIAL
LEASING CORP.,

    Defendant(s).

**CERTIFICATE OF SERVICE**

---------------------------------------------------------------X

STEVEN T. BEARD, hereby declares, pursuant to 28 U.S.C. § 1746 and Local Civil Rule 1.10 of this Court, that I am not a party to the action; I am over 18 years of age and reside in Astoria, New York.

On October 16, 2018, I served the within **LETTER TO HON. ROBERT W. SWEET, DISTRICT COURT JUDGE, DATED OCTOBER 16, 2018** via **ECF** and by depositing a true copy thereof enclosed in a post-paid envelope, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, via **First Class Mail** to each of the following person(s) at the last known address set forth after each name below:

**TO:**    The Law Offices of Samuel A. Benjamin, Esq.
           20 Pine Street, Suite 2201
           New York, NY 10005

I declare under penalties of perjury that the foregoing is true and correct. Executed on this October 16, 2018.

Dated: Flushing, NY
       October 16, 2018

                                                                     Steven T. Beard