UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RICHARD L. SHELTON,

       -Against-

BURGIS D. SETHNA, Individually, and as an
Officer of Bank Card New York and             **ORDER**
Bison Commercial Leasing Corp., BANK CARD
NEW YORK, and BISON COMMERCIAL         No. 10-CV-4218 (CS)
LEASING CORP.,

                       Defendants.
------------------------------------------------------------------X

Upon the reading and filing of Plaintiff's motion to compel the compliance of Defendant Burgis D. Sethna and non-party Tanaz B. Sethna with respect to Subpoenas Duces Tecum and Ad Testificandum and related relief, (ECF Nos. 112-115), and the opposition papers filed on behalf of Burgis D. Sethna and Tanaz B. Sethna, (ECF Nos. 120-121), and having heard the parties at the hearing conducted on November 10, 2021, it is hereby:

**ORDERED** that Plaintiff's motion is hereby granted to the extent provided in this Order, and it is further

**ORDERED** that counsel for Defendant Burgis D. Sethna shall send a proposed Protective Order to Plaintiff's counsel by electronic mail to sbeard@coranober.com on or before November 15, 2021, and it is further

**ORDERED** that counsel for Plaintiff shall respond to Defendant Burgis D. Sethna's protective order by electronic mail to metcalflawnyc@gmail.com on or before November 18, 2021, and it is further

**ORDERED** that if the proposed Protective Order is not acceptable to counsel for Plaintiff, the lawyers shall confer promptly and in good faith in an effort to reach an agreement on the proposed Protective Order, and it is further

**ORDERED** that in the event the parties reach an agreement with respect to a proposed Protective Order, the parties shall file the agreed-to proposed Protective Order via ECF on or before November 22, 2021, and it is further

**ORDERED** that in the event the parties cannot reach an agreement with respect to the proposed Protective Order, each party shall file their respective proposed Protective Orders with the Court via ECF on or before November 22, 2021, and it is further

**ORDERED** that Defendant Burgis D. Sethna and non-party Tanaz B. Sethna shall each produce the documents demanded by their respective Subpoenas by electronic mail to Plaintiff's counsel at sbeard@coranober.com on or before December 8, 2021, and it is further

**ORDERED** that the deposition of non-party Tanaz B. Sethna shall be held remotely on or before December 22, 2021, and it is further

**ORDERED** that the deposition of Defendant Burgis D. Sethna shall be held on or before January 14, 2022, and may be held remotely should the parties agree.

**SO ORDERED.**

Dated: White Plains, NY
November 10, 2021

_____
CATHY SEIBEL, U.S.D.J.